UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC.,<br>a corporation,<br><br>   Defendant. | Case No. 1:24-cv-12940<br><br>**MOTION TO APPROVE PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION AND OTHER RELIEF** |

    Plaintiff, the Federal Trade Commission ("FTC"), respectfully asks the Court to enter the attached proposed Stipulated Order for Permanent Injunction and Other Relief ("Stipulated Final Order") as to Defendant Evolv Technologies Holdings, Inc. ("Defendant"). The proposed Stipulated Final Order is attached as Exhibit 1 to this Motion. Plaintiff and Defendant have agreed to the terms of the proposed Stipulated Final Order, as evidenced by their signatures thereon. Defendant further consents to the filing of this Motion. Accordingly, the FTC now moves that the Court enter the proposed Stipulated Final Order.

                                                                             Respectfully submitted,

Dated: November 26, 2024

                                                                          s/Michael Atleson
                                                                          Michael Atleson (NY Bar No. 2705762)
                                                                          Katherine Campbell (OR Bar No. 071044)
                                                                          Federal Trade Commission
                                                                          600 Pennsylvania Avenue, NW, CC-10528
                                                                          Washington, DC 20580
                                                                          matleson@ftc.gov; kcampbell@ftc.gov
                                                                          Tel: (202) 326-2962, -3142

                                                                          Attorneys for Plaintiff
                                                                          FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

 I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. The parties to this litigation are being served via email and U.S. mail as follows:

ANTONY P. KIM
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-3394
antony.kim@lw.com

SCOTT D. JOINER
WARD PENFOLD
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8878 (Joiner); (415) 395-8087 (Penfold)
scott.joiner@lw.com; ward.penfold@lw.com

DANIEL KAUFMAN
ALLYSON HIMELFARB
Baker & Hostetler LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
(202) 861-1523 (Kaufman); (202) 861-1682 (Himelfarb)
dkaufman@bakerlaw.com; ahimelfarb@bakerlaw.com

SARAH J. LA VOI
Baker & Hostetler LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 416-6285
slavoi@bakerlaw.com