AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Federal Trade Commission <br> *Plaintiff* <br> v. <br> Evolv Technologies Holdings, Inc. <br> *Defendant* | ) ) ) ) ) Civil Action No. 24-cv-12940-PGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment be entered in accordance with the order set forth in the Stipulated Order for Permanent Injunction and Other Relief signed by the Court on December 5, 2024. See Docket No. 19, at 3– 13.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Paul G. Levenson on a motion for Motion to Approve Proposed Stipulated Order for Permanent Injunction and Other Relief.

Date: 12/09/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Print    Save As...    Reset